## Israel BEN-LEVI, a/k/a Danny L. Loren, Plaintiff-Appellant,

v.

## Kelli HARRIS; Jackie Parker, Defendants-Appellees.

### No. 17-6283

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

Israel Ben-Levi, Appellant Pro Se. Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Israel Ben-Levi appeals the district court's order denying relief on his civil action under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc-1 to 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ben-Levi v. Harris*, No. 5:15-ct-03125-BO (E.D.N.C. Feb. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*